UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES DEAN, JR., | ) | CASE NUMBER 1:13 CV 962 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| vs. | ) | VERDICT FOR PLAINTIFF |
| | ) | ON CLAIM OF FAIR LABOR |
| F.P. ALLEGA CONCRETE | ) | STANDARDS ACT OVERTIME |
| CONSTRUCTION CORP., | ) | PAY VIOLATION |
| | ) | |
| Defendant. | ) | |

We the Jury in the case, having been duly impaneled and sworn, do find the issues in this case in favor of the Plaintiff James Dean, Jr., and against Defendant on Plaintiff's claim of a Fair Labor Standards Act overtime pay violation in the amount of $ __58.50__. (insert in ink an amount of money from 0 to whatever amount the evidence requires).

_____
Foreperson

DATED: __3-21-14__